UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

    Sheila T Martin

        Debtor(s)

Case No. 15 B 23767

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/13/2015.

2) The plan was confirmed on NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was Dismissed on 10/22/2015.

6) Number of months from filing to last payment: 1.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $565.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $565.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $16.95 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $16.95

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A. Alliance Collection | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| All Credit Lenders | Unsecured | 602.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Associated Cr & Coll | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Associated Cr & Coll | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Bill Me Later | Unsecured | 701.00 | NA | NA | 0.00 | 0.00 |
| CAB Serices | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| cash net | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| CNI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Protect Assoc. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection Bureau, inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Co | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Dental Works | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| Express Letter | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fox Metro Water Reclamation Dist | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| Franklin Collection Service, Inc. | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| Greater Elgin Emergency Sp. | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| Grt Sub Acc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department of Revenue | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 11,615.00 | 15,838.74 | 15,838.74 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 7,372.08 | 7,372.08 | 0.00 | 0.00 |
| Internal Revenue Service | Secured | 2,500.00 | NA | 2,500.00 | 0.00 | 0.00 |
| M3 Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Meijer | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| Midwest Surgery | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| millenium credit consultant | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Miramedrg | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCC | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NCO Financial Systems | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Palisades Collections | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Paragon Way | Unsecured | 1,107.00 | NA | NA | 0.00 | 0.00 |
| Paragon Way Inc. | Unsecured | 454.00 | NA | NA | 0.00 | 0.00 |
| PLS Loan Store | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Professional Account Management, | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Professnl Acct Mgmt In | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| Robert Mistovich | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| Rush Copley | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sherman Hospital | Unsecured | 586.00 | NA | NA | 0.00 | 0.00 |
| Short Term Loans | Unsecured | 314.00 | NA | NA | 0.00 | 0.00 |
| Suburban Lung associates | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| Tidewater Credit Services | Secured | 12,138.00 | 19,350.58 | 19,350.58 | 548.05 | 0.00 |
| Transworld Systems | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Trg Account Services | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| Triad Financial Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Trojan Professional Se | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| TRS | Unsecured | 490.70 | NA | NA | 0.00 | 0.00 |
| US Bank-Recovery Dept | Unsecured | 868.00 | NA | NA | 0.00 | 0.00 |
| Us Dept Of Education | Unsecured | 899.00 | NA | NA | 0.00 | 0.00 |
| Us Dept Of Education | Unsecured | 643.00 | NA | NA | 0.00 | 0.00 |
| Washington Mutual / Providian | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Winters Family Practice | Unsecured | 165.92 | NA | NA | 0.00 | 0.00 |
| Women' Care | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| World Finance Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $19,350.58 | $548.05 | $0.00 |
| All Other Secured | $2,500.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$21,850.58** | **$548.05** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $15,838.74 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$15,838.74** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$7,372.08** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $16.95 |
| Disbursements to Creditors | $548.05 |
| **TOTAL DISBURSEMENTS** : | **$565.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/28/2015           By: /s/ Marilyn O. Marshall
                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**